JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY RETIREMENT TRUST FUND; BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY DEFINED CONTRIBUTION RETIREMENT PLAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>SIDS AIR CONDITIONING, HEATING AND REFRIGERATION, INC.; RODNEY ERNIE ARZU; and, DOES 1 THROUGH 20,<br><br>      Defendants. | Case No. 8:19-CV-00584-JLS-FFM<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Granting Plaintiffs' Application for Default Judgment (Doc. 33),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Plaintiffs, **BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY HEALTH AND WELFARE TRUST FUND, BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY RETIREMENT TRUST FUND,** and **BOARD OF TRUSTEES OF THE AIRCONDITIONING AND REFRIGERATION INDUSTRY DEFINED CONTRIBUTION RETIREMENT PLAN** (collectively, the "Trust Funds"), and **against Defendants SIDS AIR CONDITIONING, HEATING AND REFRIGERATION, INC.** and **RODNEY ERNIE ARZU**, jointly and severally.

Monetary damages are awarded as follows:

- **Unpaid contributions** in the sum of **$27,808**;
- **Liquidated damages** in the sum of **$2,780.80**;
- **Interest** on unpaid contributions in the sum of **$6,599.63**;
- **Audit fees** in the sum of **$2,382.50**;
- **Attorney's fees** in the sum of **$2,974.26**;
- **Post-judgment interest** "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment[,]" 28 U.S.C. § 1961(a); and

- **Court costs** in accordance with C.D. Cal. Local Rule 54-3.

**IT IS SO ORDERED.**

DATED: November 20, 2019



_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE